DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL TREVON HAMILTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0722
_____

May 27, 2026

Appeal from the County Court for Manatee County; Jacqueline B. Steele, Judge.

Blair Allen, Public Defender, and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

LaROSE, LABRIT, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.